**DENIED and Opinion Filed August 16, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00948-CV**

**IN RE DONILYSSA NICOLE DOMINGUEZ, Relator**

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-52816-2024**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

Before the Court is relator's August 13, 2024 "Petition for Writ of Prohibition and Mandamus." Relator challenges temporary orders purportedly issued on July 19, 2024, contesting the trial court's jurisdiction over issues relating to medical decisions concerning relator's child.

Relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1; TEX. R. APP. P. 52.3(a)–(d)(3), (f)–(h), (j), (k)(1)(A); TEX. R. APP. P. 52.7(a). Thus, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of the requested relief. *See In re Medhanealem Eritrean Orthodox*

*Tewahedo Church*, No. 05-24-00638-CV, 2024 WL 2717721, at \*1 (Tex. App.—Dallas May 28, 2024, orig. proceeding) (mem. op.) ("A petition for writ of prohibition must comply with rule 52 of the Texas Rules of Appellate Procedure."); *In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at \*1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relator's petition.

/Craig Smith/
CRAIG SMITH
JUSTICE

240948F.P05